Eugene P. Ramirez (State Bar No. 134865)
  epr@manningllp.com
Andrea K. Kornblau (State Bar No. 291613)
  akk@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, DEPUTY MATTHEW ALLERT, SERGEANT MICHAEL TAPP, and DEPUTY EDWARD CHACON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GARCIA,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>    Defendants. | Case No. 5:19-CV-01154-DMG-AGR<br>[*District Judge Dolly M. Gee,*<br>*Magistrate Judge Alicia G. Rosenberg*]<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>Complaint filed:   June 22, 2019<br>Trial Date:           August 8, 2023 |

## **NOTICE IS HEREBY GIVEN:**

In accordance with L.R. 16-15.7, Plaintiff ROBERT GARCIA ("Plaintiff"), and Defendants COUNTY OF RIVERSIDE, DEPUTY MATTHEW ALLERT, SERGEANT MICHAEL TAPP, and DEPUTY EDWARD CHACON ("Defendants") – the parties – have entered into a settlement agreement in the above-referenced matter as follows:

The parties reached a global settlement of this matter and have agreed to resolve all claims in the above entitled matter. Plaintiff will be dismissing all Defendants, including the COUNTY OF RIVERSIDE, DEPUTY MATTHEW ALLERT, SERGEANT MICHAEL TAPP, DEPUTY EDWARD CHACON, and DOES 1-15,

with prejudice.

The parties jointly recommend and request that the honorable Court vacate the current trial and pre-trial dates/deadlines, and all other hearing dates and case management deadlines, including but not limited to the final pre-trial conference and hearing on any pending motions.

It is respectfully requested that the Court maintain jurisdiction over this matter and set an Order to Show Cause Re: Dismissal of Entire Action, in ninety (90) days from now, allowing time for the settlement to be finalized. Defendants obtained approval from Plaintiff's counsel to file this notice, prior to the ECF filing of this notice.

**IT IS SO STIPULATED.**

DATED: July 10, 2023       **LAW OFFICES OF ALLEN & MCKERNAN, APC**

By:  */s/ Robert McKernan*
     Robert McKernan
     Attorney for Plaintiff, ROBERT GARCIA

DATED: July 10, 2023       **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By:  */s/ Andrea Kornblau*
     Eugene P. Ramirez, Esq.
     Andrea K. Kornblau, Esq.
     Attorneys for Defendants, COUNTY OF RIVERSIDE, DEPUTY MATTHEW ALLERT, SERGEANT MICHAEL TAPP, and DEPUTY EDWARD CHACON